IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES CRAWFORD on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 20-00376-KD-M |
| GULF COAST MOTOR SALES, INC., registered as PALMER'S AIRPORT TOYOTA, INC., d/b/a PALMER'S TOYOTA SUPERSTORE, | ) ) ) ) ) ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on the Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)[1] filed by Plaintiff James Crawford and Defendant Gulf Coast Motor Sales, Inc. (doc. 25). The parties are ordered to brief the following issue, on or before **February 24, 2022**: Whether the Court is required to determine whether the proposed settlement is reasonable and fair pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982), before dismissing this action.

DONE and ORDERED this the 10th day of February 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] The Rule provides for voluntary dismissal by the plaintiff without court order "by filing … a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).